**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RONALD STEVENTON,

    Plaintiff,

v.                                  CASE NO.  5:04cv275-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

**ORDER OF REMAND**

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 11), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The Commissioner's decision determining that the claimant is not disabled is REVERSED.  The case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation."  The

clerk shall close the file.

SO ORDERED this 9th day of June, 2005.

s/Robert L. Hinkle  
Chief United States District Judge